# Tab 1

# Pre- 2014 Asset Sale





# Post- 2014 Asset Sale