# Exhibit 5

| | |
|---|---|
| **STATE OF RHODE ISLAND**<br>**PROVIDENCE, SC.** | **SUPERIOR COURT** |

St. Joseph Health Services of Rhode Island, Inc.

Vs.

St. Josephs Health Services of Rhode Island Retirement Plan, as amended

PC 2017-3856

### ORDER APPROVING RECEIVER'S EMERGENCY PETITION TO ENGAGE SPECIAL LEGAL COUNSEL

This matter having come before this Honorable Court on October 11, 2017, Justice Brian Stern presiding, with respect to the Receiver's Emergency Petition to Engage Special Legal Counsel (the "Petition"), it is hereby

### ORDERED, ADJUDGED AND DECREED:

1. That for the reasons stated in the Receiver's Petition and in accordance with the terms of the Engagement, attached to the Petition as <u>Exhibit A</u> and incorporated herein by reference, the Receiver is hereby authorized to retain the law firm of Wistow Sheehan & Lovely PC ("WSL") to act as the Receivership Estate's special litigation counsel for the purposes more specifically set forth in the Petition and the Engagement;

2. Until further order of this Court, the Receiver shall be authorized to submit to the Court for approval the time records/invoices of WSL in redacted format along with a reasoned recommendation by the Receiver regarding the approval of the same;

3. The Receiver's first request for approval of the fees of WSL may include those fees reasonably incurred by WSL in connection with this matter since August 18, 2017;

4. This Order shall be effective *nunc pro tunc* as of October 11, 2017.

ENTERED as an Order of this Court this 17 day of October, 2017.

ENTERED:

_____
Stern, J.
Date: October 17, 2017

BY ORDER:

_____
Clerk, Superior Court
Date: October 17, 2017

{Order - Petition to Hire Legal Counsel.1}