UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN DEL SESTO, AS RECEIVER AND ADMINISTRATOR OF THE ST. JOSEPH HEALTH SERVICES OF RHODE ISLAND RETIREMENT PLAN, ET AL. | : | |
| Plaintiffs | : | |
| v. | : | C.A. No: 1:18-CV-00328-WES-LDA |
| PROSPECT CHARTERCARE, LLC, ET AL. | : | |
| Defendants. | : | |

**SUPPLEMENTAL DECLARATION OF MAX WISTOW IN SUPPORT OF JOINT MOTION FOR SETTLEMENT CLASS CERTIFICATION, APPOINTMENT OF CLASS COUNSEL, AND PRELIMINARY SETTLEMENT APPROVAL, BY PLAINTIFFS AND DEFENDANTS CHARTERCARE FOUNDATION, ST. JOSEPH HEALTH SERVICES OF RHODE ISLAND, ROGER WILLIAMS HOSPITAL, AND CHARTERCARE COMMUNITY BOARD**

Max Wistow, Esq. hereby declares and states as follows:

1. I am counsel, along with Stephen Sheehan and Benjamin Ledsham, for Plaintiffs in the captioned matter, and submit this declaration in support of the Joint Motion for Class Certification, Appointment of Class Counsel, and Preliminary Settlement Approval ("Settlement B"), by Plaintiffs and Defendants CharterCARE Foundation ("CCF"), CharterCARE Community Board ("CCCB"), St. Joseph Health Services of Rhode Island ("SJHSRI"), and Roger Williams Hospital ("RWH") (collectively the "Settling Defendants") (Plaintiffs and the Settling Defendants being referred to

collectively as the "Settling Parties"), and Plaintiffs' Counsel's Motion for Attorneys' Fees.

2. This Supplemental Declaration supplements my Declaration of November 21, 2018 submitted in connection with an earlier proposed settlement among Plaintiffs, CCCB, SJHSRI, and RWH ("Settlement A").

3. On September 13, 2018, the Superior Court conducted a hearing on Plaintiffs' motion to intervene in *In re: Chartercare Health Partners Foundation, Roger Williams Hospital, and St. Joseph Health Services of Rhode Island*, KM-2015-0035 (R.I. Super.) (the "Cy Pres Action"). The transcript of this hearing is attached hereto as Exhibit 1.

4. On September 17, 2018, the Superior Court issued a bench decision in the Cy Pres Action. The transcript of this bench decision is attached hereto as Exhibit 2.

5. On October 2, 2018, the Superior Court issued a written order regarding the September 17, 2018 bench decision. This order is attached hereto as Exhibit 3.

6. On November 28, 2018, the Receiver filed his Petition for Settlement Approval regarding Settlement B with the Rhode Island Superior Court. The petition is attached hereto as Exhibit 4.

7. On December 10, 2018, attorney Arlene Violet filed a Miscellaneous Motion with the Superior Court on behalf of her clients in support of Petition for Settlement Approval regarding Settlement B. This filing is attached hereto as Exhibit 5.

8. The Petition for Settlement Approval was heard on December 14, 2018. The transcript of that hearing is attached hereto as Exhibit 6.

9. On December 27, 2018, the Rhode Island Superior Court, Stern, J., granted the Receiver's Petition for Settlement Approval and authorized and directed the Receiver to proceed with Settlement B. That order is attached hereto as Exhibit 7.

10. During settlement negotiations, CharterCARE Foundation disclosed to Plaintiffs that its assets total investment assets as of August 31, 2018 were $9,108,334.

11. Since this action was commenced on June 18, 2018, attorneys at WSL have devoted a minimum of 1,350 hours of time in prosecuting the claims of the Receiver and the Plaintiffs.

12. Those expenditures of time remain ongoing, even as to the pending settlements. By way of example, non-settling Defendants have filed motions to dismiss the First Amended Complaint (including memoranda of law totaling 291 pages and exhibits totaling 519 pages), to which responses are due February 4, 2019. See Dkt ## 67 – 70. Non-settling Defendants have also filed objections to Settlement A (including memoranda of law totaling 59 pages and exhibits totaling 175 pages), to which responses are due January 21, 2019. See Dkt ## 73-75. In addition, on January 2, 2019, Defendants Prospect Medical Holdings, Inc., Prospect East Holdings, Inc., and Prospect CharterCare, LLC informed the Superior Court that they intend to bring suit in Delaware to invalidate the consideration being received by the Receiver and Plaintiffs in Settlement A, and informed the Superior Court that they will again petition the Rhode Island Attorney General and the Rhode Island Department of Health to declare Settlement A illegal under state law. A copy of their January 2, 2019 filing is attached hereto as Exhibit 8.

13. Since this action was commenced on June 18, 2018, Plaintiffs have incurred nontaxable costs of $19,924.41.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th of January, 2019 in Rhode Island.

Max Wistow