UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEPHEN DEL SESTO, AS RECEIVER AND ADMINISTRATOR OF THE ST. JOSEPH HEALTH SERVICES OF RHODE ISLAND RETIREMENT PLAN; ET AL. , <br><br> Plaintiffs, <br><br> v. <br><br> PROSPECT CHARTERCARE, LLC; ET AL., <br><br> Defendants. | C.A. No. 1:18-CV-00328-WES/LDA |

**PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE OF
THIS ACTION AS TO DEFENDANTS CHARTERCARE FOUNDATION
AND RHODE ISLAND COMMUNITY FOUNDATION ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Stephen Del Sesto (as Receiver and Administrator of the St. Joseph Health Services of Rhode Island Retirement Plan), Gail J. Major, Nancy Zompa, Ralph Bryden, Dorothy Willner, Caroll Short, Donna Boutelle, and Eugenia Levesque hereby dismiss this action with prejudice as to Defendants CharterCARE Foundation and The Rhode Island Community Foundation d/b/a Rhode Island Foundation only, without costs, waiving all rights of appeal from said dismissal, and with each party bearing his/her/its own attorneys' fees.

Respectfully submitted this 28th day of January, 2020.

STEPHEN DEL SESTO, AS RECEIVER
AND ADMINISTRATOR OF THE ST.
JOSEPH HEALTH SERVICES OF RHODE
ISLAND RETIREMENT PLAN,
GAIL J. MAJOR, NANCY ZOMPA, RALPH
BRYDEN, DOROTHY WILLNER,
CAROLL SHORT, DONNA BOUTELLE,
and EUGENIA LEVESQUE,

By Their Attorneys,

WISTOW, SHEEHAN & LOVELEY, PC


/s/ Max Wistow
Max Wistow, Esq. (#0330)
Stephen P. Sheehan, Esq. (#4030)
Benjamin Ledsham, Esq. (#7956)
61 Weybosset Street
Providence, RI  02903
(401) 831-2700
(401) 272-9752 FAX
mwistow@wistbar.com
spsheehan@wistbar.com
bledsham@wistbar.com

2359068.1 02611.000