UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN DEL SESTO, AS RECEIVER AND ADMINISTRATOR OF THE ST. JOSEPH HEALTH SERVICES OF RHODE ISLAND RETIREMENT PLAN, ET AL. | : | |
| Plaintiffs | : | |
| v. | : | C.A. No:1:18-CV-00328-WES-LDA |
| PROSPECT CHARTERCARE, LLC, ET AL. | : | |
| Defendants. | : | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF FINAL APPROVAL**

In its Order of November 16, 2023 (ECF # 265), the Court scheduled the final fairness hearing for March 14, 2024 and set the following dates for the filing of objections:

- February 12, 2024 (any objections by Settlement Class members to final class action approval of the Settlement Agreement and/or to Wistow, Sheehan & Loveley, PC's fee application); and
- February 19, 2024 (any objections by the Non-Settling Defendants[1] to final class action approval of the Settlement Agreement).

No objections have been filed by anyone.

Plaintiffs rely on the following materials, previously filed:

- Plaintiffs' Motion for Preliminary Settlement Approval, Settlement Class Certification, Appointment of Class Counsel, and a Finding of Good Faith Settlement (ECF # 262) and the exhibit thereto;

[1] I.e. the "Old co" entities CharterCARE Community Board, St. Joseph Health Services of Rhode Island, and Roger Williams Hospital, which are the subject of the Superior Court liquidating receivership In re: CharterCARE Community Board et al., PC-2019-11756.

- Declaration of Benjamin Ledsham (ECF # 263) and the exhibits thereto; and
- Declaration of Howard Merten, Esq. Regarding Notice of Proposed Settlement Pursuant to 28 U.S.C. § 1715 on Behalf of Roman Catholic Bishop of Providence, a Corporation Sole, Diocesan Administration Corporation, and Diocesan Service Corporation (ECF # 266)

Consequently, Plaintiffs have no additional papers to file in support of the unopposed motion.

Plaintiffs respectfully reiterate their request that the Court:

(1) Grant final approval of the Settlement;

(2) Certify the class, class representatives, and class counsel; and

(3) Make the finding of good faith under R.I. Gen. Laws § 23-17.14-35.

Respectfully submitted,

/s/ Max Wistow
Max Wistow, Esq. (#0330)
Stephen P. Sheehan, Esq. (#4030)
Benjamin Ledsham, Esq. (#7956)
WISTOW, SHEEHAN & LOVELEY, PC
127 Dorrance Street
Providence, RI 02903
401-831-2700 (tel.)
mwistow@wistbar.com
spsheehan@wistbar.com
bledsham@wistbar.com

Dated: February 22, 2024