UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEPHEN DEL SESTO, AS RECEIVER AND ADMINISTRATOR OF THE ST. JOSEPH HEALTH SERVICES OF RHODE ISLAND RETIREMENT PLAN; ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> PROSPECT CHARTERCARE, LLC; ET AL., <br><br> Defendants. | C.A. No. 1:18-CV-00328-WES/LDA |

## **STIPULATION**

Plaintiff Stephen Del Sesto (the "Receiver") and the individual named plaintiffs (individually and as class representatives) (with the Receiver, "Plaintiffs"), on the one hand, and Defendants Roman Catholic Bishop of Providence, a corporation sole, Diocesan Administration Corporation, and Diocesan Service Corporation (collectively the "Diocesan Defendants"), on the other hand, hereby stipulate and agree that Plaintiffs' claims against the Diocesan Defendants are dismissed with prejudice and without costs.

So stipulated as of January 13, 2025,

By:

| | |
|---|---|
| STEPHEN DEL SESTO, AS RECEIVER AND ADMINISTRATOR OF THE ST. JOSEPH HEALTH SERVICES OF RHODE ISLAND RETIREMENT PLAN, GAIL J. MAJOR, NANCY ZOMPA, RALPH BRYDEN, DOROTHY WILLNER, CAROLL SHORT, DONNA BOUTELLE, and EUGENIA LEVESQUE, | ROMAN CATHOLIC BISHOP OF PROVIDENCE, A CORPORATION SOLE, DIOCESAN ADMINISTRATION CORPORATION, and DIOCESAN SERVICE CORPORATION |
| By Their Attorneys, <br> WISTOW, SHEEHAN & LOVELEY, PC | By Their Attorneys, <br> PARTRIDGE SNOW & HAHN LLP |

| /s/ Max Wistow | /s/ Howard Merten |
|---|---|
| Max Wistow, Esq. (#0330) | Howard Merten (#3171) |
| Stephen P. Sheehan, Esq. (#4030) | Eugene G. Bernardo (#6006) |
| Benjamin Ledsham, Esq. (#7956) | Paul M. Kessimian (#7127) |
| 127 Dorrance Street | Christopher M. Wildenhain (#8619) |
| Providence, RI  02903 | 40 Westminster Street, Suite 1100 |
| (401) 831-2700 | Providence, RI  02903 |
| mwistow@wistbar.com | (401) 861-8200 |
| spsheehan@wistbar.com | (401) 861-8210 FAX |
| bledsham@wistbar.com | hmerten@psh.com |
|  | ebernardo@psh.com |
|  | pkessimian@psh.com |
|  | cwildenhain@psh.com |